UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.<br><br>          Plaintiff,<br>     v.<br>AIRWATCH LLC,<br><br>          Defendant. | Civil Action No. C-12-05827 EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND AIRWATCH LLC'S ANSWER AND COUNTERCLAIMS** |

The Court, having considered AirWatch LLC's Motion for Leave to Amend its Answer and Counterclaims, is of the opinion that the motion should be GRANTED. The Amended Answer and Counterclaims shall be filed as a separate docket item on ECF/PACER forthwith.

**IT IS SO ORDERED.**

DATED: September 3, 2013

_____
Honorable Edward J. Davila
United Stated District Judge

4868332V.1



[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND ANSWER
CASE NO. C-12-05827 EJD