UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEIRON, INC.<br><br>Defendant. | Case Nos.: 5:12-CV-05826-EJD; 5:13-CV-05827-EJD<br><br>**ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIRWATCH LLC,<br><br>Defendant. | |

These matters are currently set for an Interim Case Management Conference on February 24, 2014. Having reviewed the parties' Joint Interim Case Management Conference Statement (Case No. 12-CV-05826 Dkt. Item No. 70; Case No. 12-CV-05827 Dkt. Item No. 66), the court finds that a conference is unnecessary at this time and hereby VACATES the conference.

**IT IS SO ORDERED.**

Dated: February 24, 2014

EDWARD J. DAVILA
United States District Judge