UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRWATCH, LLC, <br><br> Defendant. | Case No. 5:12-cv-05827-PSG <br><br> [~~PROPOSED~~] **ORDER GRANTING AIRWATCH'S MOTION TO REMOVE INADVERTENTLY FILED DOCUMENTS [DOCKET NO. 149-1]** |

1  AirWatch has moved this Court to remove inadvertently filed Docket No. 149-1. Finding
2  good cause therefor, the Court hereby grants AirWatch's Motion to Remove Inadvertently Filed
3  Documents [Docket No. 149-1] and orders that it be removed from the publicly available docket.

**IT IS SO ORDERED.**

Dated: 10/20/2014

_____
Magistrate Judge Paul S. Grewal