Courtland L. Reichman (SBN 268873)
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

Steven J. Pollinger (*pro hac vice*)
Craig N. Tolliver (*pro hac vice*)
Geoffrey L. Smith (*pro hac vice*)
Eric C. Green (*pro hac vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Robert Muller, SBN 189651
Douglas P. Roy, SBN 241607
CYPRESS, LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Tel: (424) 901-0123; Fax:  (424) 750-5100

Attorneys for Plaintiffs
Good Technology Corporation and
Good Technology Software, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Good Technology Corporation and Good Technology Software, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> AirWatch, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 12-cv-05827-PSG

**[PROPOSED] ORDER DENYING DEFENDANT AIRWATCH LLC'S MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS**

Case No: 12-cv-05827-PSG
[PROPOSED] Order Denying AirWatch's Motion for Leave to Supplement Its Invalidity
Contentions

McKool Smith Hennigan, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065

1    Before the Court is AirWatch's Motion for Leave to Supplement Its Invalidity Contentions.

2  Having considered the materials and argument presented by the parties, AirWatch's Motion is

3  DENIED.

4

5  Dated: _____, 2014.

6                                           _____

7                                           Magistrate Judge Paul Grewal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No: 12-cv-05827-PSG                    1
[PROPOSED] Order Denying AirWatch's Motion for Leave to Supplement Its Invalidity
Contentions