# EXHIBIT A

RACHEL KREVANS (CA SBN 116421)
*RKrevans@mofo.com*
RICHARD S.J. HUNG (CA SBN 197425)
*RHung@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
AIRWATCH, LLC

ROBERT J. ARTUZ (CA SBN 227789)
*rartuz@kilpatricktownsend.com*
SCOTT KOLASSA (SBN 294732)
*skolassa@kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

BENJAMIN M. KLEINMAN-GREEN
(CA SBN 261846)
*bkleinman-green@kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

SUSAN A. CAHOON (*Pro Hac Vice*)
*scahoon@kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AIRWATCH, LLC,<br><br>Defendant. | Case No.   C-12-05827 PSG<br><br>**AIRWATCH, LLC'S ELECTION OF 20 TOTAL ASSERTED PRIOR ART REFERENCES** |

Pursuant to the Joint Stipulation and Order dated September 27, 2013 (Dkt. 52) and the Joint Stipulation and Order dated October 23, 2014 (Dkt. 163), Defendant AirWatch, LLC ("AirWatch") hereby provides its election of 20 total asserted prior art references:

1. Combining Location and Data Management in an Environment for Total Mobility ("Total Mobility")
2. Canadian Patent No. 2,149,337 ("Clark CA")
3. U.S. Patent No. 5,987,609 ("Hasebe")
4. U.S. Patent No. 8,635,661 ("Shahbazi")
5. PDA Defense
6. U.S. Patent No. 7,624,393 ("Egan")
7. U.S. Patent No. 6,813,487 ("Trommelen")
8. U.S. Patent Appl. No. 2002/0098840 ("Hanson")
9. Altiris 6 Handheld Management Suite
10. U.S. Patent Appl. No. 2007/0130255 ("Wolovitz")
11. U.S. Patent No. 7,480,907 ("Marolia '907")
12. U.S. Patent No. 8,250,565 ("Marolia '565")
13. U.S. Patent No. 7,987,449 ("Marolia '449")
14. U.S. Patent No. 7,698,702 ("Wetherly")
15. U.S. Patent Publication No. 2004/0025053 ("Hayward")
16. U.S. Patent Appl. No. 2003/0162555 ("Loveland")
17. U.S. Patent Publication No. 2002/0077999 ("Fergus")
18. U.S. Patent No. 7,921,182 ("Hamasaki")
19. U.S. Patent No. 6,151,606 ("Mendez")
20. International Publication No. WO 00/45243 ("Blomstrand")

1    AirWatch's Motion for Leave to Supplement Its Invalidity Contentions remains pending.
2    (Dkts. 180-183, 185-187.)  To the extent the Court denies AirWatch's motion in part, such that
3    some of the above references would not be allowed, AirWatch reserves the right to amend its
4    election of prior art references and replace any of the affected references with the following:
5    U.S. Patent No. 7,496,957 ("Howard"), U.S. Patent Appl. No. 2005/0003804 ("Huomo"), Infinite
6    InterChange, Microsoft Systems Management Server 2003 with Device Management Feature
7    Pack, Microsoft Windows NT 4.0, Nokia 9000i Communicator ("Nokia 9000i"),
8    U.S. Patent No. 5,631,947 ("Wittstein"), or zTrace zSecurity Suite.

Dated: November 14, 2014

By:  /s/ Richard S.J. Hung

MORRISON & FOERSTER LLP

RACHEL KREVANS
RICHARD S.J. HUNG

KILPATRICK TOWNSEND
& STOCKTON LLP

SUSAN A. CAHOON (*pro hac vice*)
ROBERT J. ARTUZ
SCOTT KOLASSA
BENJAMIN M. KLEINMAN-GREEN

Attorneys for Defendant
AIRWATCH, LLC

**Header:**
**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94123. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on November 14, 2014, I served a copy of:

    **AIRWATCH, LLC'S ELECTION OF 20 TOTAL ASSERTED PRIOR ART REFERENCES**

☒     **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Courtland Lewis Reichman
Stephanie M. Adams Ryan
McKool Smith Hennigan PC.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Email: good@mckoolsmith.com

Steven John Pollinger
Craig N. Tolliver
Geoffrey L. Smith
Eric Conley Green
McKool Smith Hennigan
300 West 6th Street
Suite 1700
Austin, TX 78701
Email: good@mckoolsmith.com

Robert James Muller
Douglas Patrick Roy
Cypress, LLP
11111 Santa Monica Blvd.
Suite 500
Los Angeles, CA 90025
Email: bob@cypressllp.com
       doug@cypressllp.com

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, this 14th day of November, 2014.

                                      /s/ Esther Kim
                                      Esther Kim