UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC., <br><br> Plaintiffs, <br> v. <br><br> MOBILEIRON, INC., <br><br> Defendant. | Case No. 5:12-cv-05826-PSG <br><br> **ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(Re: Docket Nos. 96, 102)** |
| GOOD TECHNOLOGY CORPORATION and GOOD TECHNOLOGY SOFTWARE, INC. <br><br> Plaintiffs, <br> v. <br><br> AIRWATCH, LLC, <br><br> Defendant. | Case No. 5:12-cv-05287-PSG <br><br> **ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(Re: Docket No. 103)** |

Plaintiffs Good Technology Corporation and Good Technology Software, Inc. ("Good") filed a motion for summary judgment of indefiniteness as to the terms "identify[ing] required applications" and "role" in the context of Unites States Patent No. 8,359,016.[1]  Defendants MobileIron, Inc. and AirWatch, LLC similarly filed a motion for summary judgment of

---

[1] *See* Case No. 12-cv-05826: Docket No. 102.

indefiniteness as to the terms "untrusted client site", "the service" and "data tracker" in the context of Unites States Patent No. 6,151,606.[2] In light of the court's claim construction order in this case,[3] both motions for summary judgment are DENIED. As the court indicated in its previous claim construction order, a full claim construction order will issue at a later date, at which time any relevant indefiniteness arguments will be addressed.

**SO ORDERED.**

Dated: December 31, 2014

                                       _____
                                       PAUL S. GREWAL
                                       United States Magistrate Judge

---

[2] *See* Case No. 12-cv-05826: Docket No. 96.

[3] *See* Case No. 12-cv-05826: Docket No. 135.