(All counsel listed on signature page)

McKool Smith Hennigan, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIRWATCH, LLC,<br><br>　　　　Defendant. | Civil Action No. C-12-05827 PSG<br><br>**JOINT NOTICE OF WITHDRAWAL OF PLAINTIFFS' AND DEFENDANT'S LETTER BRIEFS (DKT. NOS. 222 AND 223)** |

JOINT NOTICE WITHDRAWING DKT. NOS. 222 AND 223
12-CV-05827

1082192

Plaintiffs Good Technology Corporation and Good Technology Software, Inc. (collectively "Good"), and Defendant AirWatch, LLC ("AirWatch") (all three collectively the "Parties") file this joint notice withdrawing Dkt. Nos. 222 and 223. On March 11, 2015 the Parties filed their letter briefs concerning the additional depositions of Dr. Hugh Smith and Roy Weinstein. In the spirit of compromise and to further avoid burdening the Court, the parties have reached an agreement resolving their dispute. Accordingly the Parties request withdrawal of their letter briefs.

Dated: March 16, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　McKOOL SMITH HENNIGAN, P.C.

　　　　　　　　　　　　　　　　　　By:　　*/s/ Craig Tolliver*
　　　　　　　　　　　　　　　　　　　　　Courtland L. Reichman (SBN 268873)
　　　　　　　　　　　　　　　　　　　　　McKOOL SMITH HENNIGAN, P.C.
　　　　　　　　　　　　　　　　　　　　　255 Shoreline Drive, Suite 510
　　　　　　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　　　　　　Telephone:　(650) 394-1401
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(650) 394-1422

　　　　　　　　　　　　　　　　　　　　　Steven J. Pollinger (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Craig N. Tolliver (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Geoffrey L. Smith (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　McKOOL SMITH, P.C.
　　　　　　　　　　　　　　　　　　　　　300 West 6th Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　　Telephone:　(512) 692-8700
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(512) 692-8744

　　　　　　　　　　　　　　　　　　　　　Robert J. Muller (SBN 189651)
　　　　　　　　　　　　　　　　　　　　　Douglas P. Roy (SBN 241607)
　　　　　　　　　　　　　　　　　　　　　CYPRESS LLP
　　　　　　　　　　　　　　　　　　　　　11111 Santa Monica Blvd., Suite 500
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　　　　　　　　　Telephone:　(424) 901-0123
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(424) 750-5100

**Attorneys for Plaintiffs
Good Technology Corporation and
Good Technology Software, Inc.**

| | | |
|---|---|---|
| 1 | Dated: March 16, 2015 | MORRISON & FOERSTER LLP |
| 2 | | By: /s/ Richard Hung |
| 3 | | Richard S.J. Hung |

Rachel Krevans (SBN 116421)
Brooks M. Beard (SBN 181271)
Richard S.J. Hung (SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
rkrevans@mofo.com

Robert J. Artuz (SBN 227789)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone:	(650) 326-2400
Facsimile:	(650) 326-2422
Email:	*rartuz@kilpatricktownsend.com*

Benjamin M. Kleinman-Green (SBN 261846)
KILPATRICK TOWNSEND & STOCKTON LLP
Eighth Floor
Two Embarcadero Center
San Francisco, CA, 94111
Telephone:	(415) 576 0200
Facsimile:	(415) 576 0300
Email: *bkleinman-green@kilpatricktownsend.com*

Susan A. Cahoon (*pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
Telephone:	(404) 815-6500
Facsimile:	(404) 815-6555
Email:	*scahoon@kilpatricktownsend.com*

**Attorneys for Defendant
AIRWATCH, LLC**

McKool Smith Hennigan, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065

-3-

JOINT NOTICE WITHDRAWING DKT. NOS. 222 AND 223
12-CV-05827

<u>Attestation of Signatures</u>

I, Craig Tolliver, attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

          /s/  Craig Tolliver

PURSUANT TO THE PARTIES' JOINT NOTICE, IT IS SO ORDERED.

Dated:  March 24, 2015

       *Paul S. Grewal*
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE