1  RACHEL KREVANS (CA SBN 116421)
   *RKrevans@mofo.com*
2  RICHARD S.J. HUNG (CA SBN 197425)
   *RHung@mofo.com*
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Defendant
   AIRWATCH, LLC
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

| | |
|---|---|
| 13  GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC., | Case No. 5:12-cv-05827-PSG |
| 14 | **DECLARATION OF CHRISTOPHER J. WIENER IN SUPPORT OF AIRWATCH, LLC'S MOTION TO EXCLUDE TESTIMONY OF ROY WEINSTEIN AND HUGH SMITH** |
| 15        Plaintiff, | |
| 16     v. | |
| 17  AIRWATCH, LLC, | Date:   May 5, 2015<br>Time:   10:00 a.m.<br>Ctrm:   Courtroom 5, 4th Floor<br>Judge:  Honorable Paul S. Grewal |
| 18        Defendant. | |

I, Christopher J. Wiener, declare:

1. I am an associate with the law firm of Morrison & Foerster LLP, counsel of record for Defendant Air Watch, LLC, in the above-captioned action. I am admitted to practice law in the State of California and before this Court. I submit this declaration in support of AirWatch, LLC's Motion to Exclude Testimony of Roy Weinstein and Hugh Smith. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2. Attached hereto as Exhibit 1 is an excerpt of a true and correct copy of the revised Expert Report of Roy Weinstein, dated January 13, 2015.

3. Attached hereto as Exhibit 2 is an excerpt of a true and correct copy of an excerpt from the deposition transcript of Roy Weinstein, taken on February 26, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of the revised Exhibit 13 to the Expert Report of Roy Weinstein, dated January 13, 2015.

5. Attached hereto as Exhibit 4 is a true and correct copy of *Suffolk Technologies LLC v. AOL Inc.*, No. 1:12cv625, 2013 U.S. Dist. LEXIS 64630 (E.D. Va. Apr. 12, 2013).

6. Attached hereto as Exhibit 5 is an excerpt of a true and correct copy of a document entitled "Settlement and Patent License Agreement," dated October 18, 2013, produced by plaintiffs with the designation of "Highly Confidential – Attorneys' Eyes Only" as GOODND00140851.

7. Attached hereto as Exhibit 6 is an excerpt of a true and correct copy of a document entitled "Settlement and Patent License Agreement by and between Good Technology Corporation and Excitor A/S," dated January 23, 2013, produced by plaintiffs with the designation of "Highly Confidential – Attorneys' Eyes Only" as GOODND00140985.

8. Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 8 to the Expert Report of Roy Weinstein, dated December 15, 2014.

9. Attached hereto as Exhibit 8 is a true and correct copy of second revised Exhibit 9 to the Expert Report of Roy Weinstein, dated March 2, 2015.

DECL. OF CHRISTOPHER J. WIENER ISO AIRWATCH'S MOTION TO EXCLUDE TESTIMONY OF ROY WEINSTEIN
CASE NO. 5:12-cv-05827-PSG
sf-3519739

1

10. Attached hereto as Exhibit 9 is a true and correct copy of Barclays Equity Research report entitled "MobileIron, Inc., Initiation of Coverage: Enterprise Mobility Leader, Attractive Valuation," dated July 7, 2014, produced by plaintiffs in this matter as WEINSTEIN00001838 to WEINSTEIN0001860.

11. Attached hereto as Exhibit 10 is an excerpt of a true and correct copy of the deposition transcript of John Herrema, taken on November 10, 2014.

12. Attached hereto as Exhibit 11 is a true and correct copy of second revised Exhibit 12 to the Expert Report of Roy Weinstein, dated March 2, 2015.

13. Attached hereto as Exhibit 12 is a true and correct copy of an April 5, 2012 email from John Herrema to Nicko van Someren, produced by plaintiffs in this matter with the designation of "Highly Confidential – Outside Attorneys' Eyes Only" as GOODND00257683.

14. Attached hereto as Exhibit 13 is a true and correct copy of a May 4, 2011 document entitled "Engineering Update," produced by plaintiffs in this matter with the designation "Highly Confidential – Attorneys' Eyes Only" as GOODTECH0041713.

15. Attached hereto as Exhibit 14 is an excerpt of a true and correct copy of the Supplemental Report of Roy Weinstein Pursuant to F.R.C.P. 26(a)(2) from the *Visto Corp. v. Microsoft Corp.*, No. 2:05-CV-546 (DJF) (E.D. Tex.) matter, dated August 23, 2007, produced by plaintiffs in this matter with the designation of "Highly Confidential – Attorneys' Eyes Only" as GOOD02377076.

16. Attached hereto as Exhibit 15 is a true and correct copy of Exhibit 3 to the Expert Report of Roy Weinstein, dated December 15, 2014.

17. Attached hereto as Exhibit 16 is a true and correct copy of Exhibit 4 to the Expert Report of Roy Weinstein, dated December 15, 2014.

18. Attached hereto as Exhibit 17 is an excerpt of a true and correct copy of the Expert Report of Roy Weinstein Pursuant to F.R.C.P. 26(a)(2) from the *Visto Corp. v. Microsoft Corp.*, No. 2:05-CV-546 (DJF) (E.D. Tex.) matter, dated May 25, 2007, produced by plaintiffs in this matter with the designation of "Highly Confidential – Attorneys' Eyes Only" as GOOD02376855.

DECL. OF CHRISTOPHER J. WIENER ISO AIRWATCH'S MOTION TO EXCLUDE TESTIMONY OF ROY WEINSTEIN
CASE NO. 5:12-CV-05827-PSG
sf-3519739

2

19. Attached hereto as Exhibit 18 is a true and correct copy of the Expert Report of Hugh M. Smith Regarding AirWatch Infringement (Corrected), dated December 16, 2014.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed this 31st day of March, 2015 at San Francisco, California.

*/s/ Christopher J. Wiener*
CHRISTOPHER J. WIENER

DECL. OF CHRISTOPHER J. WIENER ISO AIRWATCH'S MOTION TO EXCLUDE TESTIMONY OF ROY WEINSTEIN
CASE NO. 5:12-CV-05827-PSG
sf-3519739

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Christopher J. Wiener has concurred in this filing.

Dated:  March 31, 2015                    /s/ Richard S.J. Hung
                                          Richard S.J. Hung