(Counsel listed on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AIRWATCH, LLC,<br><br>Defendant. | Case No. 5:12-cv-5827-PSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by Plaintiffs Good Technology Corporation and Good Technology Software, Inc. ("Plaintiffs") and Defendant AirWatch, LLC ("Defendant") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of Plaintiffs' claims in the above-captioned action are dismissed with prejudice, all of Defendant's claims, defenses, and counterclaims in the above-captioned action sounding in non-infringement, invalidity, or unenforceability are dismissed without prejudice, and all other counterclaims in the above-captioned action are dismissed with prejudice.  Each party will bear its own costs, fees, and expenses relating to this litigation (including attorney and expert fees and expenses).

| | |
|---|---|
| 1 | Respectfully submitted, |
| | Respectfully submitted, |

By:  */s/ Courtland L. Recihman*
     Courtland L. Reichman

By: */s/ Richard S.J. Hung*
     Richard S.J. Hung

Courtland L. Reichman (SBN 268873)
creichman@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA  94065
Telephone: (650) 394-1401
Telecopier: (650) 394-1422

Steven J. Pollinger (*pro hac vice*)
spollinger@mckoolsmith.com
Craig N. Tolliver (*pro hac vice*)
ctolliver@mckoolsmith.com
Trent E. Campione (SBN 200273)
tcampione@mckoolsmith.com
Geoffrey L. Smith (*pro hac vice*)
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile:  (512) 692-8744

Robert J. Muller (SBN 189651)
Douglas P. Roy (SBN 241607)
CYPRESS LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, CA  90025
Telephone: (424) 901-0123
Facsimile:  (424) 750-5100

Attorneys for Plaintiffs
GOOD TECHNOLOGY
CORPORATION AND GOOD
TECHNOLOGY SOFTWARE, INC.

Dated: April 17, 2015

Rachel Krevans (SBN 116421)
RKrevans@mofo.com
Richard S.J. Hung (SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:   415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
AIRWATCH, LLC

<u>Filer's Attestation of Concurrence by Signatory</u>

I, Richard S.J. Hung, counsel for AirWatch, LLC, hereby attest that I have obtained the concurrence of Courtland L. Reichman in the filing of this document.

<u>*/s/ Richard S.J. Hung*</u>
Richard S.J. Hung