UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIRWATCH, LLC,<br><br>Defendant. | Case No. 5:12-cv-05827-PSG<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL
CASE NO. 5:12-cv-05827-PSG
sf-3527756

1  Having considered the parties' Joint Stipulation of Dismissal, the Court hereby grants the
2  Joint Stipulation of Dismissal.
3  **IT IS SO ORDERED.**
4
5  Dated: _____
6
   Paul S. Grewal
7  United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT STPULATION OF DISMISSALL
CASE NO. 5:12-CV-05827-PSG
sf-3527756